IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08 CV 050

| | | |
|---|---|---|
| LINCOLN-GASTON FARMERS MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| V | ) ) | **ORDER** |
| GENERAL ELECTRIC COMPANY, EMERSON ELECTRIC CO., AND THERM-O-DISC, INCORPORATED, | ) ) ) ) ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Andrew S. Chamberlin's application for Admission to Practice *Pro Hac Vice* of Erin L. Guy. It appearing that Erin L. Guy is a member in good standing with the Kentucky Bar and will be appearing with Andrew S. Chamberlin, a member in good standing with the Bar of this court, and that all admission fees have been paid. Upon review of the motion and the Local Rules of Civil Procedure for the Western District of North Carolina, it does not appear that Mr. Chamberlin's motion complies with LCvR 83.1(E)(2)(b) in that it does not include the email address of the attorney seeking admission.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Andrew S. Chamberlin's Application for Admission to Practice *Pro Hac Vice* (#5) of Erin L. Guy is **GRANTED**, but that the email address of Erin L. Guy must be provided to this court within five (5) business days of the filing of this Order or Andrew S. Chamberlin will have to file a new motion for admission to practice *Pro Hac Vice* and pay an additional filing fee

seeking to have Erin L. Guy **ADMITTED** to practice, *Pro Hac Vice*, before the Bar of this court while associated with Andrew S. Chamberlin.

Signed: June 9, 2008

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge