IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08 CV 050

| | |
|---|---|
| LINCOLN-GASTON FARMERS MUTUAL INSURANCE COMPANY,  )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>GENERAL ELECTRIC COMPANY, )<br>EMERSON ELECTRIC CO., AND )<br>THERM-O-DISC, INCORPORATED, )<br>)<br>Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Jon Berkelhammer's application for Admission to Practice *Pro Hac Vice* of John P. Freedenberg. It appearing that John P. Freedenberg is a member in good standing with the New York Bar and will be appearing with Jon Berkelhammer, a member in good standing with the Bar of this court, and that all admission fees have been paid. Upon review of the motion and the Local Rules of Civil Procedure for the Western District of North Carolina, it does not appear that Mr. Berkelhammer's motion complies with LCvR 83.1(E)(2)(b) in that it does not include the email address of the attorney seeking admission.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jon Berkelhammer's Application for Admission to Practice *Pro Hac Vice* (#16) of John P. Freedenberg is **GRANTED**, but that the email address of John P. Freedenberg must be provided to this court within five (5) business days of the filing of this Order or Jon Berkelhammer will have to file a new motion for admission to practice *Pro Hac Vice* and pay an additional filing fee

seeking to have John P. Freedenberg **ADMITTED** to practice, *Pro Hac Vice*, before the Bar of this court while associated with Jon Berkelhammer.

Signed: July 3, 2008

_____
Dennis L. Howell
United States Magistrate Judge